

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00309-CV

| | | |
|---|---|---|
| Victor Fonseca and Rig Cleaners, LLC | § | From Probate Court No. 2 |
| | § | of Tarrant County |
| v. | | |
| | § | (2013-PR01571-2-A) |
| Peggy Sue Bishop, as Executrix of Estate of Charles T. Blish, In the Right of Rig Cleaners, LLC, and the Estate of Charles T. Blish, | § | October 16, 2014 |
| Individually | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM